UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KEVIN W. PAGE,

    Defendant.

Case No. 04-cr-40039-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Kevin W. Page's *pro se* Motion to Appoint Counsel (Doc. 707). The Court no longer has jurisdiction over this case, and so must **DISMISS** this Motion.

**IT IS SO ORDERED.**
**DATED: March 28, 2008**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**